# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

GREGORY HARRIS,

    Plaintiff,

v.

JAMES DZURENDA, et al.,

    Defendants.

Case No. 2:18-cv-00294-APG-CWH

**ORDER**

    This matter is before the court on plaintiff Gregory Harris' letter to the court (ECF No. 21), dated August 20, 2018. The letter requests that the clerk of court issue eight proposed summonses that are attached to the letter. The court construes this letter as a motion requesting service of process on the following defendants who are named on the proposed summonses: (1) Jo Gentry, (2) Quentin Byrne, (3) Brian Williams, (4) Todd Thomas, (5) V. Jacovides, (6) Dr. V. Gilreath, (7) D. Marr, and (8) Damon Hininger.

    The court denies Mr. Harris' request to issue summonses to Brian Williams, V. Jacovides, Dr. V. Gilreath, and D. Marr because these defendants were dismissed from the case. (Screening Order (ECF No. 7) at 10.)

    As for Todd Thomas and Damon Hininger, the court declines to issue the proposed summonses because they are incomplete. Specifically, they do not include Mr. Harris' address. The court will provide blank summons forms to Mr. Harris so he may resubmit fully-completed summonses. The court also will provide blank USM-285 forms for Mr. Harris to complete for these defendants.

    As for Quentin Byrne and Jo Gentry, the court declines to issue the proposed summonses because they do not include Mr. Harris' address. Additionally, these summonses should be

served at the last known addresses that were provided to the court under seal by the Nevada Attorney General's Office. (Sealed Addresses (ECF No. 20).) Thus, for Byrne and Gentry, Mr. Harris should provide summons forms naming Quentin Byrne and Jo Gentry, but should leave Byrne and Gentry's addresses blank. The clerk of court will complete this information using the sealed last known addresses provided to the court. The summons forms for Byrne and Gentry, however, must include Mr. Harris' address. The court also will provide blank USM-285 forms for these defendants. Mr. Harris must complete all information on the USM-285 forms except Byrne and Gentry's addresses. The clerk of court will complete this information using the sealed last known addresses provided to the court.

IT IS THEREFORE ORDERED that the clerk of court must send to Mr. Harris four blank summons forms and four blank USM-285 forms, along with a copy of this order.

IT IS FURTHER ORDERED that Mr. Harris must complete the forms as stated in this order and file them with the court by September 7, 2018.

IT IS FURTHER ORDERED that upon receipt of the proposed summonses and completed USM-285 forms from Mr. Harris, the clerk of court must issue the summonses as stated in this order and must deliver the summonses, the USM-285 forms, a copy of the amended complaint (ECF No. 8), and a copy of this order to the U.S. Marshal for service.

DATED: August 23, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE