# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY HARRIS, | Case No. 2:18-cv-00294-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES DZURENDA, et al., | |
| Defendants. | |

This matter is before the court on plaintiff Gregory Harris' letter to the court (ECF No. 26), filed on September 10, 2018. The court construes this letter as a motion to extend time. The court understands Mr. Harris to be requesting additional time to complete the summons forms and USM-285 forms. His deadline for completing the forms and returning them to the court was September 7, 2018. (Order (ECF No. 22).) Having reviewed and considered the motion, and good cause appearing,

IT IS ORDERED that plaintiff Gregory Harris' motion to extend time (ECF No. 26) is GRANTED.

IT IS FURTHER ORDERED that Mr. Harris must complete the summons forms and USM-285 forms and file them with the court by October 9, 2018.

DATED: September 13, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE